PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision

Name of Offender: John Lee                                         Cr.: 06-00837-01
                                                                   PACTS Number: 46910

Name of Sentencing Judicial Officer:   Honorable Dennis M. Cavanaugh
                                       United States District Judge

Date of Original Sentence: 01/29/07

Original Offense: Misprison of a Felony

Original Sentence: Probation - 3 years; Restitution - $143,618.67; Special Assessment - $100

Type of Supervision: Probation                     Date Supervision Commenced: 01/29/07

### PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

John Lee shall pay restitution which is due immediately and shall be paid in monthly installments of no less than $20.

### CAUSE

John Lee, age 56, is experiencing financial difficulties. He resides with his wife, who is presently unemployed due to providing care for their two minor children. The offender is the sole financial support for the household and has been unable to continue making $500 per month payments. Alternatively, as of July 2009, the offender began making monthly restitution payments of $20 per month. Upon reviewing an updated Personal Financial Statement, and consulting with the Financial Litigation Unit of the United States Attorney's Office, the Probation Office concurs that this reduced payment is commensurate with the offender's current ability to pay. We are recommending that the monthly required restitution payment be reduced to $20 per month. Assistant U.S. Attorney Paul Matey concurs with our recommendation.

Respectfully submitted,

By: Carolyn S. Johnson
    U.S. Probation Officer
Date: 09/14/09

PROB 12B - Page 2
John Lee

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9/17/09
Date