PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: John Lee                                           Docket No.: 0600837-001

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh
United States District Judge

Date of Original Sentence: 01/29/07

Original Offense: Misprison of a Felony

Original Sentence:   Probation - 3 years; Restitution - $143,618.67; Special Assessment - $100

Type of Supervision: Probation                         Date Supervision Commenced: 01/29/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The offender has violated the supervision condition which states '**You shall pay restitution in the amount of $143,618.67. The defendant shall make restitution in payments of no less than $500.00 per month.**

                     On January 29, 2007, the offender was court ordered to pay restitution in the amount of $143,618.67, in monthly payments of $500.00. As of this date, there is a remaining restitution balance of $142,808.67.

U.S. Probation Officer Action:

To date, the offender has paid $810.00, leaving a balance due of $142,808.67. We believe that the offender has made a substantial effort toward meeting his restitution obligation to the best of his ability while under supervision. Since the offender has an outstanding restitution balance of $142,808.67, we recommend that the balance of collection efforts be turned over the Financial Litigation Unit (FLU) of the U.S. Attorney's Office, and that the offender's term of supervision be allowed to expire as scheduled as of January 28, 2010.

Respectfully submitted,

By: Carolyn S. Johnson
U.S. Probation Officer
Date: 01/12/10

PROB 12A - Page 2
John Lee

### *The Court directs that the following action be taken:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Summons

[ ] Submit a Request for Warrant

[ ] Other

[X] The Court orders that collection efforts be turned over to FLU, and that the term of supervision be allowed to expire as scheduled on January 29, 2010.

_____
Signature of Judicial Officer

1-28-10
_____
Date

Dennis M. Cavanaugh
U.S. District Judge